| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:12CR10014-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:14-00155-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western District/Tennessee | Eastern Division |
| Emily Atkeison | NAME OF SENTENCING JUDGE | |
| | J. Daniel Breen | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/19/2013 — TO 08/18/2016 |

| OFFENSE |
|---|
| Conspiracy to Manufacture and Attempt to Manufacture Marijuana 21 U.S.C. §§841(a)(1) and 846 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____Tennessee_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/2/14 — Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Middle_____ DISTRICT OF _____Tennessee_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/21/14 — Effective Date

United States District Judge